UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| CURTIS PICKERING, | 3:08-CV-00218-ECR-VPC |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | DATE: JUNE 4, 2008 |
| U. S. GOVERNMENT, et al., | |
| Defendants. | |

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN          Reporter:    NONE APPEARING
Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On May 12, 2008, the Magistrate Judge filed a Report and Recommendation (#4) recommending denial of Plaintiff's Application to Proceed *In Forma Pauperis* (#3) and recommending that the action be dismissed with prejudice.

    The Report and Recommendation (#4) is well taken and it is **APPROVED** and **ADOPTED** by the Court. No objections were filed to the Report and Recommendation (#4).

    **IT IS, THEREFORE, HEREBY ORDERED** that the Application to Proceed *In Forma Pauperis* (#3) is **DENIED** and this action is **DISMISSED** with prejudice

    The Clerk shall enter judgment accordingly.

LANCE S. WILSON, CLERK

By      /s/
    Deputy Clerk